UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:12-00110 |
| v. | ) |
| | ) 18 U.S.C. §922(g)(1) |
| | ) 18 U.S.C. § 924 |
| ADRAIN TALLEY, | ) |
| a/k/a ADRIAN TALLEY, | ) |
| a/k/a ADRAIN FOSTER | ) |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about April 21, 2012, in the Middle District of Tennessee, **ADRAIN TALLEY, a/k/a ADRIAN TALLEY, a/k/a ADRAIN FOSTER,** having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model SW40VE, .40-caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

JERRY E. MARTIN
UNITED STATES ATTORNEY

CLAY T. LEE
SPECIAL ASSISTANT U.S. ATTORNEY