IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 3:12-00110-1 |
| ) | Judge Trauger |
| ADRAIN TALLEY, ) | |
| a/k/a Adrain Talley, ) | |
| a/k/a Adrain Foster, ) | |
| ) | |
| Defendant. ) | |

==Motion GRANTED conditioned upon the timely filing of waiver of speedy trial.==

## MOTION TO CONTINUE

Comes now the Defendant, by and through his undersigned counsel, and hereby moves this Honorable Court to continue the jury trial presently set for Tuesday, September 18, 2012, at 10:00 a.m., until a date certain in the future.

In support of this motion, the Defendant's counsel needs additional time to resolve various outstanding issues. The Government does not oppose this continuance. As explained in the attached Affidavit of Defendant's counsel, the Defendant is submitting his Waiver of Speedy Trial to undersigned counsel which will be filed with this Court as soon as it is received.

Respectfully Submitted,

*/s/ Bob Lynch, Jr.*
Bob Lynch, Jr. (BPR# 6298)
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 *facsimile*

1