**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 3:12-00110-1 |
| | ) | Judge Trauger |
| ADRAIN TALLEY, | ) | |
| a/k/a Adrain Talley, | ) | |
| a/k/a Adrain Foster, | ) | |
| | ) | |
| Defendant. | ) | |

# MOTION TO CONTINUE

Comes now the Defendant, by and through his undersigned counsel, and hereby moves this Honorable Court to continue the jury trial presently set for Tuesday, November 27, 2012, at 9:00 a.m., until a date certain in the future.

In support of this motion, the Defendant is relying on the affidavit of his attorney, Bob Lynch, Jr. The Defendant's waiver of speedy trial in connection with this motion is being filed contemporaneously with it.

Respectfully Submitted,

 /s/ Bob Lynch, Jr.
Bob Lynch, Jr. (BPR# 6298)
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 *facsimile*

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been electronically delivered to Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, A-961, Nashville, TN 37203 this **21st** day of **November, 2012.**

 /s/ Bob Lynch, Jr.
Bob Lynch, Jr.

1