Motion set for hearing on 4/18/13 at 12:30 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| v. | ) | f | Criminal No. 3:12-00110-1 |
| | ) | | Judge Trauger |
| ADRAIN TALLEY, | ) | | |
| a/k/a Adrain Talley, | ) | | |
| a/k/a Adrain Foster, | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

# MOTION FOR CLARIFICATION OF ATTORNEY STATUS

Comes now Bob Lynch, Jr., the court appointed attorney for the Defendant, and hereby moves this Honorable Court to bring the Defendant before the Court and clarify the status of undersigned counsel.

In support of this motion, the undersigned counsel is relying on his affidavit attached hereto as Exhibit A.

Respectfully Submitted,

 */s/ Bob Lynch, Jr.*
Bob Lynch, Jr. (BPR# 6298)
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 *facsimile*

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been electronically delivered to Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, A-961, Nashville, TN 37203 this **15th** day of **April, 2013.**

 */s/ Bob Lynch, Jr.*
Bob Lynch, Jr.

1