UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 1 1 2013
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:12-cr-00110 |
| v. | ) | Judge Trauger |
| | ) | |
| ADRAIN TALLEY, | ) | 18 U.S.C. § 922(g)(1) |
| a/k/a ADRIAN TALLEY, | ) | 18 U.S.C. § 924 |
| a/k/a ADRAIN FOSTER | ) | 18 U.S.C. § 1951 |
| | ) | 18 U.S.C. § 2 |

# SUPERSEDING INFORMATION

### COUNT ONE

THE ACTING UNITED STATES ATTORNEY CHARGES:

On or about April 21, 2012, in the Middle District of Tennessee, **ADRAIN TALLEY, a/k/a ADRIAN TALLEY, a/k/a ADRAIN FOSTER,** having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model SW40VE, .40-caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

THE ACTING UNITED STATES ATTORNEY FURTHER CHARGES:

On or about April 21, 2012, in the Middle District of Tennessee, **ADRAIN TALLEY, a/k/a ADRIAN TALLEY, a/k/a ADRAIN FOSTER**, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), in that **ADRAIN TALLEY, a/k/a ADRIAN TALLEY, a/k/a ADRAIN FOSTER**, did unlawfully take and obtain United States currency from and in the presence of an employee of the Dollar General Store, 415 West Trinity Lane, Nashville, Tennessee, against the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and to the property in the employee's custody and possession.

In violation of Title 18, United States Code, Sections 1951 and 2.

_____
DAVID RIVERA
ACTING UNITED STATES ATTORNEY

_____
CLAY T. LEE
ASSISTANT UNITED STATES ATTORNEY